**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV451-1-MU**

| | |
|---|---|
| TIMOTHY JEROME NIXON, )<br>)<br>Petitioner, )<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

**THIS MATTER** comes before the Court upon Petitioner's Motion for Status Report, filed January 3, 2007.

Petitioner has requested a status update on a Motion for Reconsideration that he states was filed in January 2006. A review of the docket reveals that there is no record of any such motion being filed any time around that date.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for Status Report is DENIED as moot.

Signed: January 9, 2007

Graham C. Mullen
United States District Judge